**Order entered October 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01394-CR

## LARRY JEAN HART, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1900575-W**

## ORDER
**Before the Court En Banc**

Before the Court is appellant's September 13, 2022 motion for en banc reconsideration. The State is requested to file a response to appellant's motion by October 25, 2022.

/s/    LANA MYERS
SENIOR JUSTICE